PETER McFARLAND, Respondent, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*McFarland* v. *N. Y. C. & H. R. R. R. Co.,* 20 App. Div. 622, affirmed.
(Argued March 13, 1900; decided May 1, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

August 10, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Albert H. Harris* for appellant.

*E. C. Aiken* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN and CULLEN, JJ. Dissenting: WERNER, J. Not voting: PARKER, Ch. J. Not sitting: GRAY, J.